1 **MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR  Defendant,
CESAR MORENO

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

\* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: CR-F-07-00101 AWI |
|---|---|
| Plaintiff, | |
| vs. | **WAIVER OF APPEARANCE AND ORDER** |
| CESAR MORENO | DATE: April 28, 2008 |
| Defendant. | TIME: 9:00 a.m. |
| | Honorable ANTHONY W. ISHII |

**TO: THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:**

Defendant, CESAR MORENO, by and through his attorney MARK W. COLEMAN, NUTTALL & COLEMAN, hereby applies to this court for an Order Waiving his Appearance at the Status Conference currently scheduled for Monday, April 28, 2008, at 9:00 a.m.

The reason for this request is that Defendant promised his son that he would take him to Disneyland for his Birthday. Mr. Moreno plans to take his son to Disneyland during the weekend of April 26, 2008 and will not return until after April 28, 2008.

Mr. Moreno has been in continued contact with his attorney, and gives his attorney full power to act on his behalf. The matter

of the Status Conference has been discussed.  Mr. Moreno is satisfied that all relative matters have been adequately discussed.

It is hereby requested that CESAR MORENO'S appearance at the Status Conference, currently scheduled for April 28, 2008, at 9:00 a.m., be excused.

DATED: April 25, 2008.              Respectfully submitted,

                                         NUTTALL & COLEMAN

                                         /s/ MARK W. COLEMAN

                                       MARK W. COLEMAN
                                       Attorney for Defendant,
                                       CESAR MORENO

**********

**ORDER**

Good cause appearing, Defendant, CESAR MORENO, is hereby excused from appearing at the Status Conference currently scheduled for April 28, 2008, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   April 25, 2008**              **/s/ Anthony W. Ishii**
                                                  UNITED STATES DISTRICT JUDGE